# EXHIBIT A

MEDIATION-CJB,PATENT

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:14-cv-00365-LPS

Copy Protection LLC v. Netflix Inc.        Date Filed: 03/20/2014
Assigned to: Judge Leonard P. Stark        Jury Demand: Plaintiff
Cause: 35:271 Patent Infringement        Nature of Suit: 830 Patent
       Jurisdiction: Federal Question

**Plaintiff**

**Copy Protection LLC**      represented by    **Brian E. Farnan**
Farnan LLP
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300
Fax: (302) 777-0301
Email: bfarnan@farnanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron S. Eckenthal**
Email: aeckenthal@ldlkm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan A. David**
Email: jdavid@ldlkm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maegan A. Fuller**
Email: mfuller@ldlkm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Farnan**
Farnan LLP
919 North Market Street
12th Floor
Wilmington, DE 19801
302-777-0338
Fax: 302-421-5870
Email: mfarnan@farnanlaw.com
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| 12/16/2014 | 28 | ORAL ORDER: Having reviewed the parties' letters (D.I. 26, 27), IT IS HEREBY ORDERED that Defendant's request that the protective order in this case include an "acquisition bar" is DENIED. Under the circumstances, the agreed-upon prohibition against use of "Protected Material" in "patent... acquisition" is sufficient protection for Defendant. The attenuated risks identified by Defendant do not justify imposition of a bar that could severely harm Plaintiff's counsel (and, therefore, Plaintiffs). (See D.I. 27 Ex. B at 5-6, Ex. C at 54, Ex. D at D.I. 35, Ex. E at 9, Ex. F at 4-8, Ex. G at 46-49) The teleconference scheduled for December 18 is CANCELLED. ORDERED by Judge Leonard P. Stark on 12/16/14. (ntl) (Entered: 12/16/2014) |
| 12/19/2014 | 29 | NOTICE OF SERVICE of Copy Protection LLC's Initial Claim Charts to Netflix, Inc. filed by Copy Protection LLC.(Farnan, Michael) (Entered: 12/19/2014) |
| 12/19/2014 | 30 | NOTICE OF SERVICE of Defendant Netflix, Inc.'s First Set of Interrogatories to Plaintiff Copy Protection and Defendant Netflix, Inc.'s First Set of Requests for Production of Documents and Things to Plaintiff Copy Protection filed by Netflix Inc..(Moore, David) (Entered: 12/19/2014) |
| 12/30/2014 | 31 | ORDER Setting Mediation Teleconference: A Telephone Conference is set for 1/12/2015 at 10:45 AM before Judge Christopher J. Burke.. Signed by Judge Christopher J. Burke on 12/30/2014. (dlk) (Entered: 12/30/2014) |
| 01/02/2015 | 32 | NOTICE OF SERVICE of (i) Copy Protection LLC's First Set of Interrogatories (Nos. 1-10) and (ii) Copy Protection LLC's First Set of Requests for Documents and Things (Nos. 1-55) filed by Copy Protection LLC.(Farnan, Brian) (Entered: 01/02/2015) |
| 01/08/2015 | 33 | PROPOSED ORDER Proposed Protective Order by Copy Protection LLC. (Farnan, Michael) (Entered: 01/08/2015) |
| 01/13/2015 | 34 | NOTICE OF SERVICE of Defendant Netflix, Inc.'s Second Set of Interrogatories to Plaintiff Copy Protection LLC and Defendant Netflix, Inc.'s Second Set of Requests for Production of Documents and Things to Plaintiff Copy Protection LLC filed by Netflix Inc..(Palapura, Bindu) (Entered: 01/13/2015) |
| 01/15/2015 | | SO ORDERED, re 33 Protective Order Regarding the Disclosure and Use of Discovery Materials. Signed by Judge Leonard P. Stark on 1/15/15. (ntl) (Entered: 01/15/2015) |
| 01/15/2015 | 35 | ORDER Setting Mediation Conference: A Telephone Conference is set for 2/23/2015 at 10:15 AM before Judge Christopher J. Burke.. Signed by Judge Christopher J. Burke on 1/15/2015. (dlk) (Entered: 01/15/2015) |
| 01/22/2015 | 36 | NOTICE OF SERVICE of (i) Plaintiff Copy Protection LLC's Responses and Objections to Defendant Netflix, Inc.'s First Set of Requests for Production of Documents and Things (No. 1); (ii) Plaintiff Copy Protection LLC's Response and Objections to Defendant Netflix Inc.'s First Set of Interrogatories (No.1); and (iii) Plaintiff Copy Protection LLC's First Amended Rule 26 Initial Disclosures filed by Copy Protection LLC.(Farnan, Brian) (Entered: 01/22/2015) |