# EXHIBIT B

Case 1:14-cv-00848-LPS   Document 31-2   Filed 03/27/15   Page 2 of 3 PageID #: 366
Case 1:11-cv-00825-RGA   Document 263   Filed 10/23/12   Page 1 of 10 PageID #: 2342

1

```
 1                    UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF DELAWARE

 3

 4     IPLEARN LLC                    :    CA NO. 11-825-RGA

 5                                    :    October 23, 2012

 6              Plaintiff,             :

 7                                    :    8:30 O'clock a.m.

 8     v.                              :

 9                                    :

10     BEELINE ACQUISITION CORP, ET   :

11     AL                              :

12                                    :

13              Defendants,            :

14     .................................

15

16

17           TRANSCRIPT OF MOTION FOR PROTECTIVE ORDER

18            BEFORE THE HONORABLE RICHARD G. ANDREWS

19                  UNITED STATES DISTRICT JUDGE

20

21

22     APPEARANCES:

23

24     For Plaintiff:     CONNOLLY GALLAGHER

25                        BY:  ARTHUR G. CONNOLLY, III, ESQ
```

Case 1:14-cv-00848-LPS Document 31-2 Filed 03/27/15 Page 3 of 3 PageID #: 367
Case 1:11-cv-00825-RGA Document 263 Filed 10/23/12 Page 9 of 10 PageID #: 2350

9

```
 1               THE COURT:  Fredricka, okay.  Thanks.
 2               I did read the papers.  It seems to me that the harm is
 3   to some extent and the risks that are involved in the
 4   acquisition of the patents is not of the same magnitude as to
 5   when you're doing patent prosecution.  There's the ability to do
 6   some shaping of claims.
 7               I think it's safe to point out that IpLearn makes about
 8   the patents that are in existence.  They are out there and that
 9   is what tips the balance here.
10               I would not extend the prosecution bar to include
11   patent acquisition activities.
12               As I said, I don't think what Oracle has or has not
13   done in other cases makes any difference.
14               I don't think the fact that there's agreement should be
15   a patent prosecution bar should make any difference either.
16            When the parties agree on things, I am not going to hold
17   that against them because I would like them to agree on things.
18               So, I don't include patent acquisition in the proposed
19   order, all right?
20               MR. GROSSMAN:  May I address that one issue really
21   quickly?
22               THE COURT:  What issue?
23               MR. GROSSMAN:  The issue of whether or not you can
24   shape claims in connection with patent activity.
25               THE COURT:  Say that again.
```