# EXHIBIT G

LEAD,MEDIATION-MPT,PATENT

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:14-cv-00026-RGA

| | |
|---|---|
| Pragmatus Telecom LLC v. Genesys Telecommunications Laboratories, Inc., et al.<br>Assigned to: Judge Richard G. Andrews<br>Related Cases: 1:12-cv-01533-RGA<br>1:14-cv-00162-RGA<br>1:14-cv-00163-RGA<br>1:14-cv-00164-RGA<br>1:14-cv-00056-RGA<br>1:14-cv-00169-RGA<br>1:14-cv-00361-RGA<br>1:14-cv-00170-RGA<br>1:14-cv-00332-RGA<br>1:14-cv-00359-RGA<br>1:14-cv-00360-RGA | Date Filed: 01/13/2014<br>Jury Demand: Plaintiff<br>Nature of Suit: 830 Patent<br>Jurisdiction: Federal Question |

Cause: 35:271 Patent Infringement

**Plaintiff**

**Pragmatus Telecom LLC**         represented by **Brian E. Farnan**
                                                 Farnan LLP
                                                 919 North Market Street
                                                 12th Floor
                                                 Wilmington, DE 19801
                                                 (302) 777-0300
                                                 Fax: (302) 777-0301
                                                 Email: bfarnan@farnanlaw.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Clayton Thompson**
                                                 Email: cthompson@feinday.com
                                                 *PRO HAC VICE*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **David L. Alberti**
                                                 Email: dalberti@feinday.com
                                                 *PRO HAC VICE*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Ian N. Feinberg**
                                                 Email: ifeinberg@feinday.com

| | | |
|---|---|---|
| | | Default Standard for Discovery filed by Interactive Intelligence Inc..(Flynn, Michael) (Entered: 10/29/2014) |
| 10/29/2014 | 24 | NOTICE OF SERVICE of (1) Disclosure Pursuant to Paragraph 3 of the Delaware Default Standard for Discovery; and (2) Initial Disclosures filed by Aspect Software Inc..(Flynn, Michael) (Entered: 10/29/2014) |
| 10/29/2014 | 25 | NOTICE OF SERVICE of (1) Genesys Telecommunications Laboratories, Inc.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1); and (2) Genesys Telecommunications Laboratories, Inc.'s Disclosures Pursuant to Section 3 of the Delaware Default Standard for Discovery filed by Genesys Telecommunications Laboratories, Inc..(Lester, Katharine) (Entered: 10/29/2014) |
| 10/29/2014 | 26 | NOTICE OF SERVICE of Defendant and Counterclaimant TouchCommerce, Inc.'s Initial Disclosures filed by TouchCommerce Inc..(Moore, David) (Entered: 10/29/2014) |
| 10/30/2014 | 27 | NOTICE OF SERVICE of Initial Disclosures of Defendant inContact, Inc. filed by inContact Inc..(Moskow-Schnoll, Beth) (Entered: 10/30/2014) |
| 10/31/2014 | 28 | NOTICE OF SERVICE of Pragmatus Telecom's Disclosures Pursuant to Paragraphs 4(a) of the Default Standard for Discovery filed by Pragmatus Telecom LLC.(Farnan, Brian) (Entered: 10/31/2014) |
| 10/31/2014 | 29 | NOTICE OF SERVICE of Pragmatus Telecom's Corrected Disclosures Pursuant to Paragraph 4(a) of the Default Standard for Discovery filed by Pragmatus Telecom LLC.(Farnan, Brian) (Entered: 10/31/2014) |
| 11/05/2014 | 30 | ORAL ORDER: It appears from the letter filed with the Proposed Protective Order (D.I. 21 ) that a dispute exists between the parties. Defendants shall submit a letter consistent with the Discovery Matters and Disputes procedure set for in the Scheduling Order by 6:00 PM on 11/6/2014. Plaintiff shall file their response by 6:00 PM on 11/7/2014. Hearing TBA. Ordered by Judge Richard G. Andrews on 11/5/2014. (nms) (Entered: 11/05/2014) |
| 11/05/2014 | 31 | NOTICE OF SERVICE of (1) Initial Disclosures; and (2) Disclosures Pursuant to Paragraph 3 of the Delaware Standard for Discovery filed by LiveOps Inc.. (Flynn, Michael) (Entered: 11/05/2014) |
| 11/06/2014 | 32 | Letter to The Honorable Richard G. Andrews from Beth Moskow-Schnoll regarding Proposed Protective Order. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Moskow-Schnoll, Beth) Modified on 11/7/2014 (nms). (Entered: 11/06/2014) |
| 11/07/2014 | 33 | Letter to The Honorable Richard G. Andrews from Brian E. Farnan regarding Response to Defendants' November 6, 2014 Letter (D.I. 32 ). (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Farnan, Brian) Modified on 11/7/2014 (nms). (Entered: 11/07/2014) |
| 11/12/2014 | 34 | SO ORDERED re 21 Proposed Protective Order. Signed by Judge Richard G. Andrews on 11/12/2014. (nms) (Entered: 11/12/2014) |
| 11/12/2014 | 35 | |

| | | |
|---|---|---|
| | | ORAL ORDER: Defendants' request (D.I. 32 ) is rejected because risk of inadvertent disclosure in patent acquisition too attenuated. Ordered by Judge Richard G. Andrews on 11/12/2014. (nms) (Entered: 11/12/2014) |
| 12/02/2014 | 36 | ORAL ORDER: The parties have advised that a discovery dispute has arisen requiring judicial attention. The Court will hold a Discovery Conference on 12/19/2014, at 2:00 PM in Chambers before Judge Richard G. Andrews, to take up this issue. In preparation for this conference the parties shall follow the Discovery Matters and Disputes procedure as set forth in the Scheduling Order. Ordered by Judge Richard G. Andrews on 12/2/2014. (nms) (Entered: 12/02/2014) |
| 12/05/2014 | 37 | NOTICE OF SERVICE of Defendant and Counterclaimant TouchCommerce, Inc.'s Disclosures Pursuant to Paragraph 4(b) of the Default Standard for Discovery filed by TouchCommerce Inc..(Moore, David) (Entered: 12/05/2014) |
| 12/08/2014 | 38 | NOTICE OF SERVICE of Defendant Genesys Telecommunications Laboratories, Inc.s production of documents pursuant to Paragraph 4(b) of the Default Standard for Discovery filed by Genesys Telecommunications Laboratories, Inc..(Lester, Katharine) (Entered: 12/08/2014) |
| 12/08/2014 | 39 | NOTICE OF SERVICE of Defendant's Core Technical Documents Pursuant to Paragraph 4(b) of the Default Standard for Discovery filed by LiveOps Inc..(Flynn, Michael) (Entered: 12/08/2014) |
| 12/08/2014 | 40 | NOTICE OF SERVICE of Defendant's Core Technical Documents Pursuant to Paragraph 4(b) of the Default Standard for Discovery filed by Aspect Software Inc..(Flynn, Michael) (Entered: 12/08/2014) |
| 12/08/2014 | 41 | NOTICE OF SERVICE of Defendant's Core Technical Documents Pursuant to Paragraph 4(b) of the Default Standard for Discovery filed by Interactive Intelligence Inc..(Flynn, Michael) (Entered: 12/08/2014) |
| 12/08/2014 | 42 | NOTICE OF SERVICE of Defendant inContact, Inc.'s Disclosures Pursuant to Paragraph 4(b) of the Default Standard For Discovery filed by inContact Inc..(Moskow-Schnoll, Beth) (Entered: 12/08/2014) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/11/2014 14:09:39 | | | |
| **PACER Login:** | | **Client Code:** | COP-NET |
| **Description:** | Docket Report | **Search Criteria:** | 1:14-cv-00026-RGA Start date: 1/1/1970 End date: 12/11/2014 |
| **Billable Pages:** | 10 | **Cost:** | 1.00 |