# EXHIBIT H

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              IN AND FOR THE DISTRICT OF DELAWARE

 3                          - - -

 4   CRFD RESEARCH, INC.,            )    Civil Action
                                     )
 5              Plaintiff,           )
                                     )
 6        v.                         )
                                     )
 7   DISH NETWORK CORPORATION,       )
     DISH DBD CORPORATION,           )
 8   DISH NETWORK L.L.C.,            )
     ECHOSTAR CORPORATION and        )
 9   ECHOSTAR TECHNOLOGIES           )
     L.L.C.,                         )
10                                   )
                Defendants.          )    No. 14-64-GMS
11
                            - - -
12
     CRFD RESEARCH, INC.,            )    Civil Action
13                                   )
                Plaintiff,           )
14                                   )
          v.                         )
15                                   )
     HULU, LLC,                      )
16                                   )
                Defendant.           )    No. 14-313-GMS
17
                            - - -
18
                         Wilmington, Delaware
19                       Monday, January 5, 2015
                              11:00 a.m.
20                        Telephone Conference

21                          - - -

22   BEFORE:  HONORABLE GREGORY M. SLEET, U.S.D.C.J.

23           (CAPTION CONTINUES ON FOLLOWING PAGE)

24

25
```

| | | |
|---|---|---|
| :20:45 | 1 | sensitive information to, so the bar sort of attaches to |
| :20:52 | 2 | him, it only attaches to him.  It doesn't attach to anyone |
| :20:55 | 3 | else in his firm. |
| :20:56 | 4 | So to me, I just feel like they have the ability |
| :21:01 | 5 | to construct who is going to see who the bar is going to |
| :21:06 | 6 | affect, and there would still be other lawyers at their firm |
| :21:09 | 7 | who would not be affected by it. |
| :21:10 | 8 | THE COURT:  Counsel, let me interrupt.  I, and |
| :21:13 | 9 | Mr. Farnan knows this, I am decidedly not a fan of NPEs. |
| :21:20 | 10 | Not because they are doing anything inappropriate or |
| :21:26 | 11 | illegal.  I think they are functioning well within the |
| :21:29 | 12 | confines of a free market economy.  It's a rather, I think, |
| :21:35 | 13 | clever business construct.  It's just a pain in my neck from |
| :21:41 | 14 | the standpoint of being a United States Judge, trial judge. |
| :21:45 | 15 | So it's a case management burden. |
| :21:49 | 16 | I am not going to sign onto or place this |
| :21:54 | 17 | Court's imprimatur on language that strikes me, as I have |
| :21:58 | 18 | suggested, as fundamentally anticompetitive.  This, I think, |
| :22:05 | 19 | is a very different construct that we are talking about from |
| :22:09 | 20 | that which is involved in the area of prosecution of |
| :22:13 | 21 | patents. |
| :22:16 | 22 | Yes, it may be a pain in the neck to Hulu and |
| :22:20 | 23 | Netflix and all the practicing entities out there.  But |
| :22:22 | 24 | welcome to the party.  Okay?  And get used to it, at least |
| :22:27 | 25 | insofar as this judge concerned. |