**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **TQ Beta LLC,** | § | |
| | § | |
| **Plaintiff,** | § | **Civil Action No. 14-cv-848-LPS-CJB** |
| **v.** | § | |
| | § | **Jury Trial Demanded** |
| **DISH Network Corporation;** | § | |
| **DISH DBS Corporation;** | § | |
| **DISH Network L.L.C.;** | § | |
| **EchoStar Corporation;** | § | |
| **EchoStar Technologies, L.L.C.;** | § | |
| **Hughes Satellite Systems Corporation;** | § | |
| **Sling Media, Inc.,** | § | |
| | § | |
| **Defendants.** | § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff TQ Beta, LLC and Defendants Dish Network Corporation, Dish DBS Corporation, Dish Network L.L.C., Echostar Corporation, Echostar Technologies L.L.C., Hughes Satellite Systems Corporation and Sling Media L.L.C. (F/K/A Sling Media, Inc.) hereby agree, subject to the approval of the Court, to dismiss all of their respective claims in this action WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees.

Dated: October 19, 2017

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Rodger D. Smith, II
Rodger D. Smith, II (#3778)
Eleanor G. Tennyson (#5812)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
etennyson@mnat.com

*Attorneys for Defendants*

IT IS SO ORDERED this _________ day of October, 2017.

______________________________
The Honorable Leonard P. Stark